IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOHN POWELL                                                           PLAINTIFF

v.                       CASE NO. 4:18-CV-00919-BSM

JEFFERSON COUNTY, *et al.*                          DEFENDANTS

## ORDER

John Powell is awarded damages from Jefferson County, Hank Wilkins, individually, and Booker Clemons, individually, in the amount of $16,120 for his lost wages and $4,030 for his pain and suffering. Jefferson County is ordered to declare Powell "rehireable" and to remove any negative references from his personnel file. Jefferson County is also ordered to declare that Powell's employment separation date is October 15, 2018, and to provide this information to the relevant state agencies so that Powell may vest in the state's pension plan. Powell's request for liquidated damages is denied for the reasons stated from the bench during the damages hearing.

Plaintiff's counsel is directed to timely file a motion for attorney's fees and costs if such a motion is appropriate for the claims at issue.

IT IS SO ORDERED, this 5th day of November, 2020.

                                                                 UNITED STATES DISTRICT JUDGE