# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JOHN POWELL**  **PLAINTIFF**

**v.**  **CASE NO. 4:18-CV-00919-BSM**

**JEFFERSON COUNTY,** *et al.*  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on November 5, 2020, this case is dismissed with prejudice.

IT IS SO ORDERED, this 12th day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE